**EXHIBIT A**

Comprehensive Report

**Important:**  The Public Records and commercially available data sources used on reports have errors.  Data is sometimes entered poorly, processed incorrectly and is generally not free from defect.  This system should not be relied upon as definitively accurate.  Before relying on any data this system supplies, it should be independently verified.  For Secretary of State documents, the following data is for information purposes only and is not an official record.  Certified copies may be obtained from that individual state´s Department of State.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA).  Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:**  Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:**  Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer

REPORT FOLLOWS

**Comprehensive Report**
**Date:** 06/22/10
**Reference Code:** 32757-0110

**Report processed by:**
Kirkland & Ellis LLP - IL
300 North Lasalle
Chicago, IL 60654
312-861-3270 Main Phone
312-861-2290 Fax

**Report Legend:**
S - Shared Address
D - Deceased
✓ - Probable Current Address

| **Subject Information**<br>**(Best Information for Subject)** | **AKAs**<br>**(Names Associated with Subject)** | **Indicators** |
|---|---|---|
| Name: **OWEN F SILVIOUS**<br>Date of Birth: **1/xx/1939**<br>Age: **71**<br>SSN: **230-46-xxxx** issued in **Virginia**<br>between **1/1/1954** and **12/31/1955** | **OWEN P SILVIOUS**<br> DOB: **1/xx/1939**  Age: **71**   SSN: **230-46-xxxx** | Bankruptcy: **No**<br>Property: **No**<br>Corporate Affiliations: **No** |

Others Associated with SSN:
(DOES NOT usually indicate any type of fraud or deception)
**OWEN F SILOIOUS**
 DOB: **6/1962**  Age: **48**
**OWEN F SILVIONS**
 DOB: **6/1962**  Age: **48**
**OWEN F SILVIOUS**
 DOB: **6/1962**  Age: **48**

**Address Summary**

**225-22 INDIAN HOLLOW RD, WINCHESTER  VA 22603-3926, FREDERICK COUNTY** (Sep  2007 - May  2010)
 Neighborhood Profile (2000 Census)
 Average Age:**39**   Median Household Income: **$32,417**   Median Home Value: **$79,000**   Average Years of Education: **11**

**225 INDIAN HOLLOW RD APT, WINCHESTER  VA 22603-3915, FREDERICK COUNTY** (Mar  2009 - Jul  2009)
 Neighborhood Profile (2000 Census)
 Average Age:**39**   Median Household Income: **$32,417**   Median Home Value: **$79,000**   Average Years of Education: **11**

**1527 GRAVELTOWN RD, QUICKSBURG  VA 22847-1112, SHENANDOAH COUNTY** (Feb  2001 - Feb  2009)
 Phone at address:  **540-477-3276  CUSTER JAMES**
 Neighborhood Profile (2000 Census)
 Average Age:**39**   Median Household Income: **$35,104**   Median Home Value: **$105,600**   Average Years of Education: **12**

**PO BOX 6000, GLENVILLE  WV 26351-6000, GILMER COUNTY** (Mar  2007 - Aug  2007)
 Neighborhood Profile (2000 Census)
 Average Age:**28**   Median Household Income: **$22,262**   Median Home Value: **$66,800**   Average Years of Education: **14**

Comprehensive Report

**FEDERAL CORRECTIONAL INST, GLENVILLE  WV 26351, GILMER COUNTY** (Mar  2007 - Jun  2007)
Neighborhood Profile (2000 Census)
Average Age:**28**    Median Household Income: **$22,262**    Median Home Value: **$66,800**    Average Years of Education: **14**

**PO BOX 794, WOODSTOCK  VA 22664-0794, SHENANDOAH COUNTY** (May  2001 - May  2007)
Neighborhood Profile (2000 Census)
Average Age:**41**    Median Household Income: **$41,029**    Median Home Value: **$122,500**    Average Years of Education: **13**

**PO BOX 1307, NEW MARKET  VA 22844-1307, SHENANDOAH COUNTY** (Jul  1995 - Dec  2002)
Neighborhood Profile (2000 Census)
Average Age:**41**    Median Household Income: **$37,700**    Median Home Value: **$102,500**    Average Years of Education: **13**

**219 WUNDER ST, MOUNT JACKSON  VA 22842-9325, SHENANDOAH COUNTY** (Nov  2001)
Phone at address:  **540-477-4167  HALTERMAN ALANA M**
Neighborhood Profile (2000 Census)
Average Age:**40**    Median Household Income: **$41,375**    Median Home Value: **$86,200**    Average Years of Education: **12**

**3080 SAINT LUKE RD, WOODSTOCK  VA 22664-3828, SHENANDOAH COUNTY** (Jan  2001 - May  2001)
Phone at address:  **540-459-8228  ANDERSON CHRIS & KRISTIE**
Neighborhood Profile (2000 Census)
Average Age:**41**    Median Household Income: **$47,670**    Median Home Value: **$97,500**    Average Years of Education: **12**

**1307 PO, NEW MARKET  VA 22844, SHENANDOAH COUNTY** (Jul  1997 - Jan  1999)
Neighborhood Profile (2000 Census)
Average Age:**42**    Median Household Income: **$36,688**    Median Home Value: **$115,600**    Average Years of Education: **12**

**PO BOX 1142, HARRISONBURG  VA 22803-1142, HARRISONBURG CITY COUNTY** (Oct  1996)
Neighborhood Profile (2000 Census)
Average Age:**33**    Median Household Income: **$54,766**    Median Home Value: **$131,500**    Average Years of Education: **15**

**PO BOX 422, HARRISONBURG  VA 22803-0422, HARRISONBURG CITY COUNTY** (Jul  1986 - Dec  1992)
Neighborhood Profile (2000 Census)
Average Age:**33**    Median Household Income: **$54,766**    Median Home Value: **$131,500**    Average Years of Education: **15**

**PO BOX 62, LURAY  VA 22835-0062, PAGE COUNTY** (Feb  1985)
Neighborhood Profile (2000 Census)
Average Age:**41**    Median Household Income: **$34,450**    Median Home Value: **$88,500**    Average Years of Education: **12**

**Others Associated With Subjects SSN:**
(DOES NOT usually indicate any type of fraud or deception)
    OWEN F SILOIOUS  DOB: 6/1962 Age: 48
    223-46-xxxx issued in Virginia  between  1/1/1953  and  12/31/1954
    OWEN F SILVIONS  DOB: 6/1962 Age: 48
    223-46-xxxx issued in Virginia  between  1/1/1953  and  12/31/1954
    OWEN F SILVIOUS  DOB: 6/1962 Age: 48
    230-46-xxxx issued in Virginia  between  1/1/1954  and  12/31/1955

**Comprehensive Report Summary:**
    Bankruptcies:
      None Found
    Liens and Judgments:
      None Found
    UCC Filings:
      None Found
    Phones Plus:
      2 Found
    People at Work:
      1 Found
    Driver´s License:
      None Found
    Address(es) Found:
      0 Verified and 13 Non-Verified Found
    Possible Properties Owned:
      None Found
    Motor Vehicles Registered:

Comprehensive Report

    None Found
Watercraft:
    None Found
FAA Certifications:
    None Found
FAA Aircrafts:
    None Found
Possible Criminal Records:
    32 Found
Florida Accidents:
    None Found
Professional Licenses:
    None Found
Voter Registration:
    None Found
Hunting/Fishing Permit:
    None Found
Concealed Weapons Permit:
    None Found
Possible Associates:
    10 Found
Possible Relatives:
    1st Degree - None Found
    2nd Degree - None Found
    3rd Degree - None Found

**Bankruptcies:**
    [None Found]

**Liens and Judgments:**
    [None Found]

**UCC Filings:**
    [None Found]

**Phones Plus(s):**
    **Phones Plus 1**
    Name: SILVIOUS, OWEN
    Address: PO BOX 794, WOODSTOCK  VA 22664-0794
    Phone Number:  540-325-2472 - EDT
    Phone Type: Mobile
    Carrier: SPRINT SPECTRUM VA - (EDINBURG, VA)

    **Phones Plus 2**
    Name: SILVIOUS, OWEN
    Address: 3080 SAINT LUKE RD, WOODSTOCK  VA 22664-3828
    Phone Number:  540-325-2472 - EDT
    Phone Type: Mobile
    Carrier: SPRINT SPECTRUM VA - (EDINBURG, VA)

**People at Work:**
    Name: OWEN F SILVIOUS
    Title: OWNER
    SSN: 230-46-xxxx
    Company: OWEN F SILVIOUS
    Address:  QUICKSBURG  VA
    Phone:
    FEIN:
    Dates: Oct 12, 2004 -  Oct 22, 2009

**Driver´s License Information:**
    [None Found]

**Address Summary:**

    225-22 INDIAN HOLLOW RD, WINCHESTER  VA 22603-3926, FREDERICK COUNTY (Sep 2007 - May 2010)
    225 INDIAN HOLLOW RD APT, WINCHESTER  VA 22603-3915, FREDERICK COUNTY (Mar 2009 - Jul 2009)
    1527 GRAVELTOWN RD, QUICKSBURG  VA 22847-1112, SHENANDOAH COUNTY (Feb 2001 - Feb 2009)
    PO BOX 6000, GLENVILLE  WV 26351-6000, GILMER COUNTY (Mar 2007 - Aug 2007)
    FEDERAL CORRECTIONAL INST, GLENVILLE  WV 26351, GILMER COUNTY (Mar 2007 - Jun 2007)

Comprehensive Report

PO BOX 794, WOODSTOCK  VA 22664-0794, SHENANDOAH COUNTY (May 2001 - May 2007)
PO BOX 1307, NEW MARKET  VA 22844-1307, SHENANDOAH COUNTY (Jul 1995 - Dec 2002)
219 WUNDER ST, MOUNT JACKSON  VA 22842-9325, SHENANDOAH COUNTY (Nov 2001)
3080 SAINT LUKE RD, WOODSTOCK  VA 22664-3828, SHENANDOAH COUNTY (Jan 2001 - May 2001)
1307 PO, NEW MARKET  VA 22844, SHENANDOAH COUNTY (Jul 1997 - Jan 1999)
PO BOX 1142, HARRISONBURG  VA 22803-1142, HARRISONBURG CITY COUNTY (Oct 1996)
PO BOX 422, HARRISONBURG  VA 22803-0422, HARRISONBURG CITY COUNTY (Jul 1986 - Dec 1992)
PO BOX 62, LURAY  VA 22835-0062, PAGE COUNTY (Feb 1985)

**Previous And Non-Verified Address(es):**
225-22 INDIAN HOLLOW RD, WINCHESTER  VA 22603-3926, FREDERICK COUNTY (Sep 2007 - May 2010)
    **Name Associated with Address:**
        OWEN F SILVIOUS
    **Current Residents at Address:**
        HOWARD W MILLER
        GUY W MILLER
        RUTH V MILLER
        OWEN F SILVIOUS
    **Neighborhood Profile (2000 Census)**
      Average Age: 39
      Median Household Income: $32,417
      Median Owner Occupied Home Value: $79,000
      Average Years of Education: 11
225 INDIAN HOLLOW RD APT, WINCHESTER  VA 22603-3915, FREDERICK COUNTY (Mar 2009 - Jul 2009)
    **Name Associated with Address:**
        OWEN F SILVIOUS
    **Current Residents at Address:**
        GARY E S ARNOLD SR
        JUDY A RIDGEWAY
        HELEN C FLOWERS
        JOSEPH B HANNAH
        MARTIN J KLARIC JR
        NANCY PALMER
        LAURA ESTHER PALMER
        ALBERTO SUAREZ CRUZ
        BRENT LEE MOYERS
        NORMAN PALMER
    **Property Ownership Information for this Address**
      **Property:**
        Parcel Number - 80001
        Book - 872
        Page - 982
          Name Owner : TAVENNER TERESA F
        Property Address: - 225 INDIAN HOLLOW RD, WINCHESTER  VA 22603-3929, FREDERICK COUNTY
        Owner Address: 3712 CHANEL RD, ANNANDALE  VA 22003-2023, FAIRFAX COUNTY
        Sale Date - 01/09/1997
        Land Usage - MISC IMPROVEMENTS
        Assessed Value - $183,200
        Land Size - 617,245 Square Feet
        Data Source - A
    **Neighborhood Profile (2000 Census)**
      Average Age: 39
      Median Household Income: $32,417
      Median Owner Occupied Home Value: $79,000
      Average Years of Education: 11
1527 GRAVELTOWN RD, QUICKSBURG  VA 22847-1112, SHENANDOAH COUNTY (Feb 2001 - Feb 2009)
    **Name Associated with Address:**
        OWEN F SILVIOUS
    **Current Residents at Address:**
        JAMES T CUSTER
        FRANCES F CUSTER
        540-477-3276 CUSTER JAMES
    **Property Ownership Information for this Address**
      **Property:**
        Parcel Number - 078 A 055
          Name Owner : CUSTER FRANCES F ET AL (LIFE ESTATE)
        Property Address: - 1527 GRAVELTOWN RD, QUICKSBURG  VA 22847-1112, SHENANDOAH COUNTY
        Owner Address: 1527 GRAVELTOWN RD, QUICKSBURG  VA 22847-1112, SHENANDOAH COUNTY
        Total Market Value - $86,800
        Assessed Value - $86,800

Comprehensive Report

Land Value - $28,000
Improvement Value - $58,800
Year Built - 1971
Data Source - B
**Neighborhood Profile (2000 Census)**
Average Age: 39
Median Household Income: $35,104
Median Owner Occupied Home Value: $105,600
Average Years of Education: 12
PO BOX 6000, GLENVILLE  WV 26351-6000, GILMER COUNTY (Mar 2007 - Aug 2007)
**Name Associated with Address:**
OWEN F SILVIOUS
**Current Residents at Address:**
TIMOTHY JOHN BAKER
KEVIN BILLINGSLEY
RAJ J BOYD
IMMARA BARKA ROBINSON
JEREMY DALE BRUNNER
BENONI Q BRYANT
DEMETRESS LASHAWN BRYANT
BRIAN CHURCH
CHRISTOPHER LEE COE
TORIANO COLLINS
JULIAN DEMONT PACE
**Neighborhood Profile (2000 Census)**
Average Age: 28
Median Household Income: $22,262
Median Owner Occupied Home Value: $66,800
Average Years of Education: 14
FEDERAL CORRECTIONAL INST, GLENVILLE  WV 26351, GILMER COUNTY (Mar 2007 - Jun 2007)
**Name Associated with Address:**
OWEN P SILVIOUS
**Neighborhood Profile (2000 Census)**
Average Age: 28
Median Household Income: $22,262
Median Owner Occupied Home Value: $66,800
Average Years of Education: 14
PO BOX 794, WOODSTOCK  VA 22664-0794, SHENANDOAH COUNTY (May 2001 - May 2007)
**Name Associated with Address:**
OWEN F SILVIOUS
**Neighborhood Profile (2000 Census)**
Average Age: 41
Median Household Income: $41,029
Median Owner Occupied Home Value: $122,500
Average Years of Education: 13
PO BOX 1307, NEW MARKET  VA 22844-1307, SHENANDOAH COUNTY (Jul 1995 - Dec 2002)
**Name Associated with Address:**
OWEN P SILVIOUS
**Neighborhood Profile (2000 Census)**
Average Age: 41
Median Household Income: $37,700
Median Owner Occupied Home Value: $102,500
Average Years of Education: 13
219 WUNDER ST, MOUNT JACKSON  VA 22842-9325, SHENANDOAH COUNTY (Nov 2001)
**Name Associated with Address:**
OWEN P SILVIOUS
**Current Residents at Address:**
ALANA M DEFEO
540-477-4167 HALTERMAN ALANA M
**Neighborhood Profile (2000 Census)**
Average Age: 40
Median Household Income: $41,375
Median Owner Occupied Home Value: $86,200
Average Years of Education: 12
3080 SAINT LUKE RD, WOODSTOCK  VA 22664-3828, SHENANDOAH COUNTY (Jan 2001 - May 2001)
**Name Associated with Address:**
OWEN P SILVIOUS
**Current Residents at Address:**
CHRISTOPHER MICHAEL ANDERSON
KRISTIE A ANDERSON

Comprehensive Report

540-459-8228 ANDERSON CHRIS & KRISTIE
**Property Ownership Information for this Address**
    **Property:**
        Parcel Number - 044B 01 011
          Name Owner : DYSART LANDON L AND RUTH R
        Property Address: - 3080 SAINT LUKE RD, WOODSTOCK  VA 22664-3828, SHENANDOAH COUNTY
        Owner Address: 3516 SAINT LUKE RD, WOODSTOCK  VA 22664-3837, SHENANDOAH COUNTY
        Sale Price - $85,000
        Total Market Value - $128,900
        Assessed Value - $128,900
        Land Value - $40,000
        Improvement Value - $88,900
        Land Size - 15987 SF
        Year Built - 1976
        Data Source - B
    **Neighborhood Profile (2000 Census)**
        Average Age: 41
        Median Household Income: $47,670
        Median Owner Occupied Home Value: $97,500
        Average Years of Education: 12
1307 PO, NEW MARKET  VA 22844, SHENANDOAH COUNTY (Jul 1997 - Jan 1999)
    **Name Associated with Address:**
        OWEN F SILVIOUS
    **Neighborhood Profile (2000 Census)**
        Average Age: 42
        Median Household Income: $36,688
        Median Owner Occupied Home Value: $115,600
        Average Years of Education: 12
PO BOX 1142, HARRISONBURG  VA 22803-1142, HARRISONBURG CITY COUNTY (Oct 1996)
    **Name Associated with Address:**
        OWEN P SILVIOUS
    **Neighborhood Profile (2000 Census)**
        Average Age: 33
        Median Household Income: $54,766
        Median Owner Occupied Home Value: $131,500
        Average Years of Education: 15
PO BOX 422, HARRISONBURG  VA 22803-0422, HARRISONBURG CITY COUNTY (Jul 1986 - Dec 1992)
    **Name Associated with Address:**
        OWEN F SILVIOUS
    **Current Residents at Address:**
        ANDREW M HIGGS
    **Neighborhood Profile (2000 Census)**
        Average Age: 33
        Median Household Income: $54,766
        Median Owner Occupied Home Value: $131,500
        Average Years of Education: 15
PO BOX 62, LURAY  VA 22835-0062, PAGE COUNTY (Feb 1985)
    **Name Associated with Address:**
        OWEN F SILVIOUS
    **Neighborhood Profile (2000 Census)**
        Average Age: 41
        Median Household Income: $34,450
        Median Owner Occupied Home Value: $88,500
        Average Years of Education: 12

**Possible Properties Owned by Subject:**
    [None Found]

**Motor Vehicles Registered To Subject:**
    [None Found]

**Watercraft:**
    [None Found]

**FAA Certifications:**
    [None Found]

**FAA Aircrafts:**
    [None Found]

Comprehensive Report

**Possible Criminal Records:**
   **Virginia Court:**
      Name: OWEN FRANKLIN SILVIOUS
      SSN: 230-46-xxxx
      State of Origin: Virginia
      Race: WHITE CAUCASIAN (NON-HISPANIC)
      Sex: Male

      **Offenses**:
         **Offense #1**
         Offense Date: 08/22/2001
         Arrest Date: 11/20/2001
         Arrest Level/Degree: FELONY
         Court Case Number: 165CR0202647000
         Court Offense: FORGE
         Court Disposition: NOLLE PROSEQUI NOLLE PROSEQUI
         Court Disposition Date: 09/30/2002
         Court Level/Degree: FELONY

      **Court Activity:**
       [NONE FOUND]

   **Virginia Court:**
      Name: OWEN FRANKLIN SILVIOUS
      SSN: 230-46-xxxx
      State of Origin: Virginia
      Race: WHITE CAUCASIAN (NON-HISPANIC)
      Sex: Male

      **Offenses**:
         **Offense #1**
         Offense Date: 08/21/2001
         Arrest Date: 11/20/2001
         Arrest Level/Degree: FELONY
         Court Case Number: 165CR0202647100
         Court Offense: FORGE
         Court Disposition: NOLLE PROSEQUI NOLLE PROSEQUI
         Court Disposition Date: 09/30/2002
         Court Level/Degree: FELONY

      **Court Activity:**
       [NONE FOUND]

   **Virginia Court:**
      Name: OWEN FRANKLIN SILVIOUS
      SSN: 230-46-xxxx
      State of Origin: Virginia
      Race: WHITE CAUCASIAN (NON-HISPANIC)
      Sex: Male

      **Offenses**:
         **Offense #1**
         Offense Date: 11/27/1996
         Arrest Date: 11/20/2001
         Arrest Level/Degree: FELONY
         Court Case Number: 165CR0202647200
         Court Offense: OBTAIN BY FALSE PRETENSE
         Court Disposition: NOLLE PROSEQUI NOLLE PROSEQUI
         Court Disposition Date: 09/30/2002
         Court Level/Degree: FELONY

      **Court Activity:**
       [NONE FOUND]

Comprehensive Report

**Virginia Court:**
Name: OWEN FRANKLIN SILVIOUS
SSN: 230-46-xxxx
State of Origin: Virginia
Race: WHITE CAUCASIAN (NON-HISPANIC)
Sex: Male

    **Offenses**:
        **Offense #1**
        Offense Date: 12/07/1996
        Arrest Date: 11/20/2001
        Arrest Level/Degree: FELONY
        Court Case Number: 165CR0202647300
        Court Offense: EXTORTION
        Court Disposition: NOLLE PROSEQUI NOLLE PROSEQUI
        Court Disposition Date: 09/30/2002
        Court Level/Degree: FELONY

    **Court Activity:**
      [NONE FOUND]

**Virginia Court:**
Name: OWEN FRANKLIN SILVIOUS
SSN: 230-46-xxxx
State of Origin: Virginia
Race: WHITE CAUCASIAN (NON-HISPANIC)
Sex: Male

    **Offenses**:
        **Offense #1**
        Offense Date: 08/21/2001
        Arrest Date: 11/20/2001
        Arrest Level/Degree: FELONY
        Court Case Number: 165CR0202647400
        Court Offense: OBTAIN MONEY BY FALSE PRETENSE
        Court Disposition: GUILTY GUILTY PLEA
        Court Disposition Date: 09/30/2002
        Court Level/Degree: FELONY

        Sentence Date:
        Sentence
            Jail: 10 Years
            Probation:
            Suspended Time: 9 Years

    **Court Activity:**
      [NONE FOUND]

**Virginia Court:**
Name: OWEN FRANKLIN SILVIOUS
SSN: 230-46-xxxx
State of Origin: Virginia
Race: WHITE CAUCASIAN (NON-HISPANIC)
Sex: Male

    **Offenses**:
        **Offense #1**
        Offense Date: 08/22/2001
        Arrest Date: 11/20/2001
        Arrest Level/Degree: FELONY
        Court Case Number: 165CR0202647500
        Court Offense: OBTAIN MONEY BY FALSE PRETENSE
        Court Disposition: GUILTY GUILTY PLEA
        Court Disposition Date: 09/30/2002
        Court Level/Degree: FELONY

        Sentence Date:
        Sentence

Comprehensive Report

Jail: 10 Years
Probation:
Suspended Time: 10 Years

**Court Activity:**
[NONE FOUND]

**Virginia Court:**
Name: OWEN FRANKLIN SILVIOUS
SSN: 230-46-xxxx
State of Origin: Virginia
Race: WHITE CAUCASIAN (NON-HISPANIC)
Sex: Male

**Offenses**:
**Offense #1**
Offense Date: 12/11/2000
Arrest Level/Degree: FELONY
Court Case Number: 165CR0202687100
Court Offense: OBTAIN BY FALSE PRETENSES
Court Disposition: GUILTY GUILTY PLEA
Court Disposition Date: 09/30/2002
Court Level/Degree: FELONY

Sentence Date:
Sentence
Jail: 12 Months 12 Days
Probation:
Suspended Time: 11 Months 11 Days

**Court Activity:**
[NONE FOUND]

**Virginia Court:**
Name: OWEN FRANKLIN SILVIOUS
SSN: 230-46-xxxx
State of Origin: Virginia
Race: WHITE CAUCASIAN (NON-HISPANIC)
Sex: Male

**Offenses**:
**Offense #1**
Offense Date: 08/21/2001
Arrest Date: 11/20/2001
Arrest Level/Degree: FELONY
Court Case Number: 165GC0100516700
Court Offense: OBTAIN BY FALSE PRETENSE
Court Disposition: NOLLE PROSEQUI
Court Disposition Date: 05/01/2002
Court Level/Degree: FELONY

**Court Activity:**
[NONE FOUND]

**Virginia Court:**
Name: OWEN FRANKLIN SILVIOUS
SSN: 230-46-xxxx
State of Origin: Virginia
Race: WHITE CAUCASIAN (NON-HISPANIC)
Sex: Male

**Offenses**:
**Offense #1**
Offense Date: 08/22/2001
Arrest Date: 11/20/2001
Arrest Level/Degree: FELONY
Court Case Number: 165GC0100516800
Court Offense: OBTAIN BY FALSE PRETENSE

Comprehensive Report

Court Disposition: CERTIFIED TO GRAND JURY
Court Disposition Date: 05/01/2002
Court Level/Degree: FELONY

**Court Activity:**
  [NONE FOUND]

**Virginia Court:**
  Name: OWEN FRANKLIN SILVIOUS
  SSN: 230-46-xxxx
  State of Origin: Virginia
  Race: WHITE CAUCASIAN (NON-HISPANIC)
  Sex: Male

  **Offenses**:
     **Offense #1**
     Offense Date: 08/21/2001
     Arrest Date: 11/20/2001
     Arrest Level/Degree: FELONY
     Court Case Number: 165GC0100516900
     Court Offense: OBTAIN BY FALSE PRETENSE
     Court Disposition: CERTIFIED TO GRAND JURY
     Court Disposition Date: 05/01/2002
     Court Level/Degree: FELONY

  **Court Activity:**
    [NONE FOUND]

**Virginia Court:**
  Name: OWEN FRANKLIN SILVIOUS
  SSN: 230-46-xxxx
  State of Origin: Virginia
  Race: WHITE CAUCASIAN (NON-HISPANIC)
  Sex: Male

  **Offenses**:
     **Offense #1**
     Offense Date: 11/12/1996
     Arrest Date: 11/20/2001
     Arrest Level/Degree: FELONY
     Court Case Number: 165GC0100517000
     Court Offense: OBTAIN BY FALSE PRETENSE
     Court Disposition: NOLLE PROSEQUI
     Court Disposition Date: 05/01/2002
     Court Level/Degree: FELONY

  **Court Activity:**
    [NONE FOUND]

**Virginia Court:**
  Name: OWEN FRANKLIN SILVIOUS
  SSN: 230-46-xxxx
  State of Origin: Virginia
  Race: WHITE CAUCASIAN (NON-HISPANIC)
  Sex: Male

  **Offenses**:
     **Offense #1**
     Offense Date: 11/27/1996
     Arrest Date: 11/20/2001
     Arrest Level/Degree: FELONY
     Court Case Number: 165GC0100517100
     Court Offense: OBTAIN BY FALSE PRETENSE
     Court Disposition: CERTIFIED TO GRAND JURY

Comprehensive Report

Court Disposition Date: 05/01/2002
Court Level/Degree: FELONY

**Court Activity:**
[NONE FOUND]

**Virginia Court:**
Name: OWEN FRANKLIN SILVIOUS
SSN: 230-46-xxxx
State of Origin: Virginia
Race: WHITE CAUCASIAN (NON-HISPANIC)
Sex: Male

**Offenses**:
**Offense #1**
Offense Date: 11/12/1996
Arrest Date: 11/20/2001
Arrest Level/Degree: FELONY
Court Case Number: 165GC0100517200
Court Offense: OBTAIN BY FALSE PRETENSE
Court Disposition: NOLLE PROSEQUI
Court Disposition Date: 05/01/2002
Court Level/Degree: FELONY

**Court Activity:**
[NONE FOUND]

**Virginia Court:**
Name: OWEN FRANKLIN SILVIOUS
SSN: 230-46-xxxx
State of Origin: Virginia
Race: WHITE CAUCASIAN (NON-HISPANIC)
Sex: Male

**Offenses**:
**Offense #1**
Offense Date: 11/12/1996
Arrest Date: 11/20/2001
Arrest Level/Degree: FELONY
Court Case Number: 165GC0100517300
Court Offense: OBTAIN BY FALSE PRETENSE
Court Disposition: NOLLE PROSEQUI
Court Disposition Date: 05/01/2002
Court Level/Degree: FELONY

**Court Activity:**
[NONE FOUND]

**Virginia Court:**
Name: OWEN FRANKLIN SILVIOUS
SSN: 230-46-xxxx
State of Origin: Virginia
Race: WHITE CAUCASIAN (NON-HISPANIC)
Sex: Male

**Offenses**:
**Offense #1**
Offense Date: 11/04/1996
Arrest Date: 11/20/2001
Arrest Level/Degree: FELONY
Court Case Number: 165GC0100517400
Court Offense: OBTAIN BY FALSE PRETENSE
Court Disposition: NOLLE PROSEQUI
Court Disposition Date: 05/01/2002

Comprehensive Report

Court Level/Degree: FELONY

**Court Activity:**
[NONE FOUND]

**Virginia Court:**
Name: OWEN FRANKLIN SILVIOUS
SSN: 230-46-xxxx
State of Origin: Virginia
Race: WHITE CAUCASIAN (NON-HISPANIC)
Sex: Male

**Offenses**:
**Offense #1**
Offense Date: 11/04/1996
Arrest Date: 11/20/2001
Arrest Level/Degree: FELONY
Court Case Number: 165GC0100517500
Court Offense: OBTAIN BY FALSE PRETENSE
Court Disposition: NOLLE PROSEQUI
Court Disposition Date: 05/01/2002
Court Level/Degree: FELONY

**Court Activity:**
[NONE FOUND]

**Virginia Court:**
Name: OWEN FRANKLIN SILVIOUS
SSN: 230-46-xxxx
State of Origin: Virginia
Race: WHITE CAUCASIAN (NON-HISPANIC)
Sex: Male

**Offenses**:
**Offense #1**
Offense Date: 11/04/1996
Arrest Date: 11/20/2001
Arrest Level/Degree: FELONY
Court Case Number: 165GC0100517600
Court Offense: FORGERY
Court Disposition: CERTIFIED TO GRAND JURY
Court Disposition Date: 05/01/2002
Court Level/Degree: FELONY

**Court Activity:**
[NONE FOUND]

**Virginia Court:**
Name: OWEN FRANKLIN SILVIOUS
SSN: 230-46-xxxx
State of Origin: Virginia
Race: WHITE CAUCASIAN (NON-HISPANIC)
Sex: Male

**Offenses**:
**Offense #1**
Offense Date: 11/04/1996
Arrest Date: 11/20/2001
Arrest Level/Degree: FELONY
Court Case Number: 165GC0100517700
Court Offense: FORGERY
Court Disposition: CERTIFIED TO GRAND JURY
Court Disposition Date: 05/01/2002
Court Level/Degree: FELONY

Comprehensive Report

**Court Activity:**
 [NONE FOUND]

**Virginia Court:**
 Name: OWEN FRANKLIN SILVIOUS
 SSN: 230-46-xxxx
 State of Origin: Virginia
 Race: WHITE CAUCASIAN (NON-HISPANIC)
 Sex: Male

 **Offenses**:
  **Offense #1**
  Offense Date: 11/27/1996
  Arrest Date: 11/20/2001
  Arrest Level/Degree: FELONY
  Court Case Number: 165GC0100517800
  Court Offense: FORGERY
  Court Disposition: NOLLE PROSEQUI
  Court Disposition Date: 05/01/2002
  Court Level/Degree: FELONY

**Court Activity:**
 [NONE FOUND]

**Virginia Court:**
 Name: OWEN FRANKLIN SILVIOUS
 SSN: 230-46-xxxx
 State of Origin: Virginia
 Race: WHITE CAUCASIAN (NON-HISPANIC)
 Sex: Male

 **Offenses**:
  **Offense #1**
  Offense Date: 11/12/1996
  Arrest Date: 11/20/2001
  Arrest Level/Degree: FELONY
  Court Case Number: 165GC0100517900
  Court Offense: FORGERY
  Court Disposition: NOLLE PROSEQUI
  Court Disposition Date: 05/01/2002
  Court Level/Degree: FELONY

**Court Activity:**
 [NONE FOUND]

**Virginia Court:**
 Name: OWEN FRANKLIN SILVIOUS
 SSN: 230-46-xxxx
 State of Origin: Virginia
 Race: WHITE CAUCASIAN (NON-HISPANIC)
 Sex: Male

 **Offenses**:
  **Offense #1**
  Offense Date: 11/12/1996
  Arrest Date: 11/20/2001
  Arrest Level/Degree: FELONY
  Court Case Number: 165GC0100518000
  Court Offense: FORGERY
  Court Disposition: NOLLE PROSEQUI
  Court Disposition Date: 05/01/2002
  Court Level/Degree: FELONY

Comprehensive Report

**Court Activity:**
[NONE FOUND]

**Virginia Court:**
Name: OWEN FRANKLIN SILVIOUS
SSN: 230-46-xxxx
State of Origin: Virginia
Race: WHITE CAUCASIAN (NON-HISPANIC)
Sex: Male

**Offenses**:
**Offense #1**
Offense Date: 11/12/1996
Arrest Date: 11/20/2001
Arrest Level/Degree: FELONY
Court Case Number: 165GC0100518100
Court Offense: FORGERY
Court Disposition: NOLLE PROSEQUI
Court Disposition Date: 05/01/2002
Court Level/Degree: FELONY

**Court Activity:**
[NONE FOUND]

**Virginia Court:**
Name: OWEN FRANKLIN SILVIOUS
SSN: 230-46-xxxx
State of Origin: Virginia
Race: WHITE CAUCASIAN (NON-HISPANIC)
Sex: Male

**Offenses**:
**Offense #1**
Offense Date: 11/04/1996
Arrest Date: 11/20/2001
Arrest Level/Degree: FELONY
Court Case Number: 165GC0100518200
Court Offense: UTTERING
Court Disposition: NOLLE PROSEQUI
Court Disposition Date: 05/01/2002
Court Level/Degree: FELONY

**Court Activity:**
[NONE FOUND]

**Virginia Court:**
Name: OWEN FRANKLIN SILVIOUS
SSN: 230-46-xxxx
State of Origin: Virginia
Race: WHITE CAUCASIAN (NON-HISPANIC)
Sex: Male

**Offenses**:
**Offense #1**
Offense Date: 11/12/1996
Arrest Date: 11/20/2001
Arrest Level/Degree: FELONY
Court Case Number: 165GC0100518300
Court Offense: UTTERING
Court Disposition: NOLLE PROSEQUI
Court Disposition Date: 05/01/2002
Court Level/Degree: FELONY

**Court Activity:**
  [NONE FOUND]

**Virginia Court:**
  Name: OWEN FRANKLIN SILVIOUS
  SSN: 230-46-xxxx
  State of Origin: Virginia
  Race: WHITE CAUCASIAN (NON-HISPANIC)
  Sex: Male

  **Offenses**:
    **Offense #1**
    Offense Date: 11/27/1996
    Arrest Date: 11/20/2001
    Arrest Level/Degree: FELONY
    Court Case Number: 165GC0100518400
    Court Offense: UTTERING
    Court Disposition: NOLLE PROSEQUI
    Court Disposition Date: 05/01/2002
    Court Level/Degree: FELONY

  **Court Activity:**
    [NONE FOUND]

**Virginia Court:**
  Name: OWEN FRANKLIN SILVIOUS
  SSN: 230-46-xxxx
  State of Origin: Virginia
  Race: WHITE CAUCASIAN (NON-HISPANIC)
  Sex: Male

  **Offenses**:
    **Offense #1**
    Offense Date: 11/12/1996
    Arrest Date: 11/20/2001
    Arrest Level/Degree: FELONY
    Court Case Number: 165GC0100518500
    Court Offense: UTTERING
    Court Disposition: NOLLE PROSEQUI
    Court Disposition Date: 05/01/2002
    Court Level/Degree: FELONY

  **Court Activity:**
    [NONE FOUND]

**Virginia Court:**
  Name: OWEN FRANKLIN SILVIOUS
  SSN: 230-46-xxxx
  State of Origin: Virginia
  Race: WHITE CAUCASIAN (NON-HISPANIC)
  Sex: Male

  **Offenses**:
    **Offense #1**
    Offense Date: 11/12/1996
    Arrest Date: 11/20/2001
    Arrest Level/Degree: FELONY
    Court Case Number: 165GC0100518600
    Court Offense: UTTERING
    Court Disposition: NOLLE PROSEQUI
    Court Disposition Date: 05/01/2002
    Court Level/Degree: FELONY

Comprehensive Report

**Court Activity:**
 [NONE FOUND]

**Virginia Court:**
 Name: OWEN FRANKLIN SILVIOUS
 SSN: 230-46-xxxx
 State of Origin: Virginia
 Race: WHITE CAUCASIAN (NON-HISPANIC)
 Sex: Male

 **Offenses**:
  **Offense #1**
  Offense Date: 11/04/1996
  Arrest Date: 11/20/2001
  Arrest Level/Degree: FELONY
  Court Case Number: 165GC0100518700
  Court Offense: UTTERING
  Court Disposition: NOLLE PROSEQUI
  Court Disposition Date: 05/01/2002
  Court Level/Degree: FELONY


 **Court Activity:**
  [NONE FOUND]

**Virginia Court:**
 Name: OWEN FRANKLIN SILVIOUS
 SSN: 230-46-xxxx
 State of Origin: Virginia
 Race: WHITE CAUCASIAN (NON-HISPANIC)
 Sex: Male

 **Offenses**:
  **Offense #1**
  Offense Date: 12/07/1996
  Arrest Date: 11/20/2001
  Arrest Level/Degree: FELONY
  Court Case Number: 165GC0100518800
  Court Offense: EXTORTION
  Court Disposition: CERTIFIED TO GRAND JURY
  Court Disposition Date: 05/01/2002
  Court Level/Degree: FELONY


 **Court Activity:**
  [NONE FOUND]

**Virginia Court:**
 Name: OWEN F SILVIOUS
 SSN: 230-46-xxxx
 State of Origin: Virginia
 DOB: 01/xx/1939
 Race: WHITE CAUCASIAN (NON-HISPANIC)
 Sex: Male

 **Offenses**:
  **Offense #1**
  Offense Date: 12/11/2000
  Arrest Date: 03/21/2002
  Arrest Level/Degree: FELONY
  Court Case Number: 171GC0200295500
  Court Offense: OBTAIN MONEY BY FALSE PRETENSE
  Court Disposition: NOLLE PROSEQUI
  Court Disposition Date: 05/10/2002
  Court Level/Degree: FELONY

Comprehensive Report

**Court Activity:**
  [NONE FOUND]

**Virginia Court:**
  Name: OWEN F SILVIOUS
  SSN: 230-46-xxxx
  State of Origin: Virginia
  DOB: 01/xx/1939
  Race: WHITE CAUCASIAN (NON-HISPANIC)
  Sex: Male

  **Offenses**:
    **Offense #1**
    Offense Date: 08/23/2001
    Arrest Level/Degree: MISDEMEANOR
    Court Case Number: 171GT0100891400
    Court Offense: IMPROPER DRIVING
    Court Disposition: GUILTY IN ABSENTIA
    Court Disposition Date: 09/11/2001
    Court Level/Degree: INFRACTION

  **Court Activity:**
    [NONE FOUND]

**Pennsylvania Court:**
  Name: OWEN FRANKLIN SILVIOUS
  SSN: 230-46-xxxx
  Address:  NEW MARKET  VA 22844
  State of Origin: Pennsylvania

  **Offenses**:
    **Offense #1**
    Offense Date: 03/03/1997
    Court Case Number: CP-20-CR-0000171-2000
    Court Offense: MIGRATED ORDINANCE
    Court Disposition Date: 08/02/2000

  **Court Activity:**
    [NONE FOUND]

**Florida Accidents:**
  [None Found]

**Professional License(s):**
  [None Found]

**Voter Registration:**
  [None Found]

**Hunting/Fishing Permit:**
  [None Found]

**Concealed Weapons Permit:**
  [None Found]

**Possible Associates:**
  BALLARD DONNELL  DOB: 2/xx/1975 Age: 35
  287-70-xxxx issued in Ohio  between  1/1/1976  and  12/31/1977
    **Names Associated with Associate:**
    DARNNELL BALLARD  DOB: 2/xx/1975 Age: 35
    287-70-xxxx issued in Ohio  between  1/1/1976  and  12/31/1977
    DONNEL C BALLARD  DOB: 2/1975 Age: 35
    287-70-xxxx issued in Ohio  between  1/1/1976  and  12/31/1977
    DONNELL LASHUN BALLARD  DOB: 2/xx/1975 Age: 35
    287-70-xxxx issued in Ohio  between  1/1/1976  and  12/31/1977
    **Previous And Non-Verified Address(es):**

17

Comprehensive Report

117 E 13TH ST, COVINGTON  KY 41011-3145, KENTON COUNTY (Nov 2001 - Apr 2010)
4822 WINONA TER, CINCINNATI  OH 45227-2440, HAMILTON COUNTY (May 1994 - May 2009)

PO BOX 6000, GLENVILLE  WV 26351-6000, GILMER COUNTY (Apr 2006 - Sep 2008)

FEDERAL CORRECTIONAL INST, GLENVILLE  WV 26351, GILMER COUNTY (Aug 2007)
117 E 13TH ST # 2, COVINGTON  KY 41011-3145, KENTON COUNTY (Mar 2002 - Jan 2007)
117 W 13TH ST, COVINGTON  KY 41011-3332, KENTON COUNTY (Mar 2006 - Jul 2006)
6708 E LEDGE ST APT, CINCINNATI  OH 45227-2051, HAMILTON COUNTY (Dec 2005)
346 N HIGHLAND AVE, JACKSON  TN 38301-5278, MADISON COUNTY (Feb 2003 - Dec 2005)
47 HAYS PARK CIR, LEXINGTON  TN 38351-6517, HENDERSON COUNTY (Apr 2003 - Feb 2005)
116 LAWRENCE ALY, JACKSON  TN 38301-5380, MADISON COUNTY (Feb 2003 - Oct 2003)

FRANCES F CUSTER DOB: 4/xx/1933 Age: 77
228-48-xxxx issued in Virginia  between  1/1/1955  and  12/31/1956
    **Names Associated with Associate:**
    FRANCES M CUSTER  DOB: 4/xx/1933 Age: 77
    228-48-xxxx issued in Virginia  between  1/1/1955  and  12/31/1956
    FRANCIR CURTARD  DOB: 4/xx/1933 Age: 77
    228-48-xxxx issued in Virginia  between  1/1/1955  and  12/31/1956
    **Active Address(es):**

    1527 GRAVELTOWN RD, QUICKSBURG  VA 22847-1112, SHENANDOAH COUNTY (Apr 1995 - Apr 2010)
      540-477-3276 CUSTER JAMES

    **Previous And Non-Verified Address(es):**
    208 MECHANIC ST, LURAY  VA 22835-1136, PAGE COUNTY (Feb 2009 - Apr 2010)

    PO BOX 794, WOODSTOCK  VA 22664-0794, SHENANDOAH COUNTY (May 2001 - Sep 2002)

    3080 SAINT LUKE RD, WOODSTOCK  VA 22664-3828, SHENANDOAH COUNTY (Apr 2001 - May 2001)
    PO BOX 134, QUICKSBURG  VA 22847-0134, SHENANDOAH COUNTY (Dec 1993 - Jan 1997)
    RR 1 BOX 134, QUICKSBURG  VA 22847-9801, SHENANDOAH COUNTY (Jul 1987 - Oct 1995)
    B 134 1 RD, QUICKSBURG  VA 22847, SHENANDOAH COUNTY (Dec 1993)

JEFF C DUNN  DOB: 2/xx/1976 Age: 34
182-56-xxxx issued in Pennsylvania  between  1/1/1976  and  12/31/1977
    **Names Associated with Associate:**
    JEFFERY C DUNN  DOB: 2/xx/1976 Age: 34
    182-56-xxxx issued in Pennsylvania  between  1/1/1976  and  12/31/1977
    JEFFREY C DUNN  DOB: 2/xx/1976 Age: 34
    182-56-xxxx issued in Pennsylvania  between  1/1/1976  and  12/31/1977
    **Previous And Non-Verified Address(es):**
    1305 SELLERS ST, PHILADELPHIA  PA 19124-3627, PHILADELPHIA COUNTY (Oct 2006 - Apr 2010)
    4425 OAKLAND ST APT, PHILADELPHIA  PA 19124-3122, PHILADELPHIA COUNTY (Sep 2000 - Oct 2009)
    2148 BRIGHTON ST, PHILADELPHIA  PA 19149-1801, PHILADELPHIA COUNTY (Jan 2005 - Apr 2008)

    PO BOX 6000, GLENVILLE  WV 26351-6000, GILMER COUNTY (Jun 2007 - Oct 2007)

    FEDERAL CORRECTIONAL INST, GLENVILLE  WV 26351, GILMER COUNTY (Jul 2007)
    4650 D ST, PHILADELPHIA  PA 19120-4515, PHILADELPHIA COUNTY (Mar 2002)
    4212 LORING ST, PHILADELPHIA  PA 19136-3917, PHILADELPHIA COUNTY (Jun 1998 - Jul 2000)
    1618 WILLOW AVE, BRISTOL  PA 19007-6631, BUCKS COUNTY (Jul 1995 - Jun 2000)
    9200 BUSTLETON AVE APT 2112, PHILADELPHIA  PA 19115-4262, PHILADELPHIA COUNTY (Aug 1999)
    2838 BRIGHTON PL APT, PHILADELPHIA  PA 19149-1417, PHILADELPHIA COUNTY (Jul 1995)

JEFFERY GEORGE     DOB: 9/xx/1976 Age: 33
    **Names Associated with Associate:**
    JEFFREY R GEORGE  DOB: 9/xx/1976 Age: 33
    233-13-xxxx issued in West Virginia  between  1/1/1977  and  12/31/1978
    JEFFREY R GEORGE  DOB: 9/xx/1976 Age: 33
    236-23-xxxx issued in West Virginia  between  1/1/1983  and  12/31/1984
    JEFFREY R GEORGE  DOB: 1978 Age: 32
    236-23-xxxx issued in West Virginia  between  1/1/1983  and  12/31/1984
    JEFFREY ROBERT GEORGE  DOB: 9/xx/1976 Age: 33
    236-23-xxxx issued in West Virginia  between  1/1/1983  and  12/31/1984
    JEFFREY ROBERT GEORGE  DOB: 9/xx/1977 Age: 32
    236-23-xxxx issued in West Virginia  between  1/1/1983  and  12/31/1984
    JEFFREY ROBERT GEORGE  DOB: 9/xx/1976 Age: 33
    237-23-xxxx issued in North Carolina  between  1/1/1976  and  12/31/1977
    **Active Address(es):**

    5811 ELAINE DR, CHARLESTON  WV 25306-6009, KANAWHA COUNTY (Jan 2005 - Aug 2005)
      304-925-0033 GEORGE R

Comprehensive Report

**Previous And Non-Verified Address(es):**

PO BOX 6000, GLENVILLE  WV 26351-6000, GILMER COUNTY (Dec 2005 - Apr 2010)
PO BOX 14500, LEXINGTON  KY 40512-4500, FAYETTE COUNTY (May 2009 - Apr 2010)
RR 1 BOX 56, ALUM CREEK  WV 25003-9503, LINCOLN COUNTY (Apr 1999 - Apr 2010)
PO BOX 5000, GLENVILLE  WV 26351-5000, GILMER COUNTY (Feb 2007 - Apr 2009)

FEDERAL CORRECTIONAL INST, GLENVILLE  WV 26351, GILMER COUNTY (Dec 2005 - Nov 2007)
2625 STATE ROAD 590 APT, CLEARWATER  FL 33759-2235, PINELLAS COUNTY (Sep 2007)
1914 ORCHARD AVE # B, BELLE  WV 25015-1335, KANAWHA COUNTY (Apr 2004 - Jul 2005)
4901 WASHINGTON AVE SE APT 10, CHARLESTON  WV 25304-2011, KANAWHA COUNTY (Apr 2003 - Mar 2005)
1001 CENTRE WAY, CHARLESTON  WV 25309-9427, KANAWHA COUNTY (Nov 2004 - Jan 2005)

DONALD E PRYON II  DOB: 9/xx/1961 Age: 48
224-08-xxxx issued in Virginia  between  1/1/1976  and  12/31/1976
    **Names Associated with Associate:**
    DONALD E J PRYOR JR  DOB: 9/xx/1961 Age: 48
    224-08-xxxx issued in Virginia  between  1/1/1976  and  12/31/1976
    DONALD EDWARD PRYOR 2  DOB: 9/xx/1961 Age: 48
    224-08-xxxx issued in Virginia  between  1/1/1976  and  12/31/1976
    DONALD E PRYORII II  DOB: 9/xx/1961 Age: 48
    224-08-xxxx issued in Virginia  between  1/1/1976  and  12/31/1976
    **Previous And Non-Verified Address(es):**
    2331 FORT VALLEY RD 10, FORT VALLEY  VA 22652-2826, SHENANDOAH COUNTY (Sep 1984 - Apr 2010)
    2331 VALLEY RD, ST DAVIDS CH  VA 22652, SHENANDOAH COUNTY (Nov 2002)

    3080 SAINT LUKE RD, WOODSTOCK  VA 22664-3828, SHENANDOAH COUNTY (Nov 1996 - Nov 2000)
    217 LAKEVIEW DR, WOODSTOCK  VA 22664-1556, SHENANDOAH COUNTY (Sep 1984 - Nov 1996)
    259 LAKEVIEW DR APT B1, WOODSTOCK  VA 22664-1559, SHENANDOAH COUNTY (Jun 1996)
    HC 60 BOX 3254, FORT VALLEY  VA 22652-8706, SHENANDOAH COUNTY (Oct 1988 - Oct 1994)
    60 HC 60 BOX 3254, FORT VALLEY  VA 22652, SHENANDOAH COUNTY (Apr 1993 - May 1993)
    3254 HC 60 BOX, ST DAVIDS CH  VA 22652, SHENANDOAH COUNTY (Mar 1993)
    3254, ST DAVIDS CH  VA 22652, SHENANDOAH COUNTY (Mar 1992 - Dec 1992)
    PO BOX 3254, ST DAVIDS CH  VA 22652, SHENANDOAH COUNTY (Aug 1988)

DONNA E ORNDORFF  DOB: 6/xx/1974 Age: 36
228-23-xxxx issued in Virginia  between  1/1/1981  and  12/31/1982
    **Names Associated with Associate:**
    DONNA E PALMER  DOB: 6/xx/1974 Age: 36
    228-23-xxxx issued in Virginia  between  1/1/1981  and  12/31/1982
    DONNA E PALMER  DOB: 6/xx/1975 Age: 35
    228-23-xxxx issued in Virginia  between  1/1/1981  and  12/31/1982
    DONNA E PRYOR  DOB: 6/xx/1974 Age: 36
    228-23-xxxx issued in Virginia  between  1/1/1981  and  12/31/1982
    DONNA E PRYOR  DOB: 6/xx/1975 Age: 35
    228-23-xxxx issued in Virginia  between  1/1/1981  and  12/31/1982
    DONNA ELAINE PRYOR  DOB: 6/xx/1974 Age: 36
    228-23-xxxx issued in Virginia  between  1/1/1981  and  12/31/1982
    **Previous And Non-Verified Address(es):**
    309 SAND RIDGE RD, TOMS BROOK  VA 22660-2353, SHENANDOAH COUNTY (Sep 2007 - Apr 2010)
    PO BOX 9455, UNIONDALE  NY 11555-9455, NASSAU COUNTY (Jan 2008)
    13176 BACK RD, STRASBURG  VA 22657-3832, SHENANDOAH COUNTY (Dec 2005 - Sep 2007)
    2224 BACK RD, WOODSTOCK  VA 22664-3346, SHENANDOAH COUNTY (Jun 2004 - Jul 2006)
    332 AILEEN AVE, STRASBURG  VA 22657-2454, SHENANDOAH COUNTY (Apr 2001 - Feb 2005)
    284 ALGER LN, BROADWAY  VA 22815-9436, ROCKINGHAM COUNTY (Oct 2004)
    23 LAMBERTS VILLA, EDINBURG  VA 22824-2938, SHENANDOAH COUNTY (Aug 2004)

    3080 SAINT LUKE RD, WOODSTOCK  VA 22664-3828, SHENANDOAH COUNTY (Apr 1998 - Oct 2001)
    3090 SAINT LUKE RD, WOODSTOCK  VA 22664-3828, SHENANDOAH COUNTY (Oct 1999)
    217 LAKEVIEW DR, WOODSTOCK  VA 22664-1556, SHENANDOAH COUNTY (Nov 1996 - Jul 1998)

NANCY ANN PRYOR  DOB: 12/xx/1942 Age: 67
224-58-xxxx issued in Virginia  between  1/1/1960  and  12/31/1961
    **Names Associated with Associate:**
    NANCY TUSING  DOB: 12/xx/1942 Age: 67
    224-58-xxxx issued in Virginia  between  1/1/1960  and  12/31/1961
    NANCY ANN TUSING  DOB: 12/xx/1942 Age: 67
    224-58-xxxx issued in Virginia  between  1/1/1960  and  12/31/1961
    **Previous And Non-Verified Address(es):**
    2224 BACK RD, WOODSTOCK  VA 22664-3346, SHENANDOAH COUNTY (Jul 2003 - Apr 2010)
    19038 SENEDO RD, EDINBURG  VA 22824-2021, SHENANDOAH COUNTY (May 2002 - Feb 2009)

Comprehensive Report

219 WUNDER ST, MOUNT JACKSON  VA 22842-9325, SHENANDOAH COUNTY (Aug 2001 - Aug 2004)
332 AILEEN AVE, STRASBURG  VA 22657-2454, SHENANDOAH COUNTY (Jan 2003)

PO BOX 794, WOODSTOCK  VA 22664-0794, SHENANDOAH COUNTY (May 2001 - Nov 2001)

3080 SAINT LUKE RD, WOODSTOCK  VA 22664-3828, SHENANDOAH COUNTY (Feb 1998 - Apr 2001)
217 LAKEVIEW DR, WOODSTOCK  VA 22664-1556, SHENANDOAH COUNTY (Sep 1984 - Mar 2001)
FT VALLEY RT APT, ST DAVIDS CH  VA 22652, SHENANDOAH COUNTY (Jun 1998)
PO BOX 39, FORT VALLEY  VA 22652-0039, SHENANDOAH COUNTY (Sep 1984 - Jan 1996)

**D/** DONALD E PRYOR  DOB: 6/xx/1936 DOD:5/1987  (SHENANDOAH, VA)  Age at Death: 50 (Born 73 years ago)
226-44-xxxx issued in Virginia  between  1/1/1952  and  12/31/1953
**Previous And Non-Verified Address(es):**
2224 BACK RD, WOODSTOCK  VA 22664-3346, SHENANDOAH COUNTY (Feb 2009 - Apr 2010)
19038 SENEDO RD, EDINBURG  VA 22824-2021, SHENANDOAH COUNTY (Mar 2003 - Apr 2009)

3080 SAINT LUKE RD, WOODSTOCK  VA 22664-3828, SHENANDOAH COUNTY (Mar 1998 - Dec 2008)
217 LAKEVIEW DR, WOODSTOCK  VA 22664-1556, SHENANDOAH COUNTY (Nov 1996)
259 LAKEVIEW DR APT B1, WOODSTOCK  VA 22664-1559, SHENANDOAH COUNTY (Feb 1996)
PO BOX 39, FORT VALLEY  VA 22652-0039, SHENANDOAH COUNTY (Jun 1995 - Jan 1996)
2294 FORT VALLEY RD, FORT VALLEY  VA 22652-2841, SHENANDOAH COUNTY (Nov 1994 - Dec 1994)
HC 60, FORT VALLEY  VA 22652-9801, SHENANDOAH COUNTY (May 1993)
224 FT VALLEY RT O, ST DAVIDS CH  VA 22652, SHENANDOAH COUNTY (Jun 1985 - Dec 1992)

M C WILSON  DOB: 7/xx/1965 Age: 44
210-66-xxxx issued in Pennsylvania  between  1/1/1987  and  12/31/1988
**Names Associated with Associate:**
MARC ANTHONY WILSON  DOB: 1/xx/1970 Age: 40
210-66-xxxx issued in Pennsylvania  between  1/1/1987  and  12/31/1988
MARK WILSON  DOB: 1/1970 Age: 40
210-66-xxxx issued in Pennsylvania  between  1/1/1987  and  12/31/1988
**Previous And Non-Verified Address(es):**

PO BOX 6000, GLENVILLE  WV 26351-6000, GILMER COUNTY (Mar 2007 - Apr 2010)
737 JOHNSTON AVE, PITTSBURGH  PA 15207-1305, ALLEGHENY COUNTY (Oct 1989 - May 2009)
5585 KANAWHA TPKE, SAINT ALBANS  WV 25177-2309, KANAWHA COUNTY (Jan 2007 - Jul 2007)
MAXWELL AIRFORCE BASE, MONTGOMERY  AL 36112, MONTGOMERY COUNTY (Feb 2007 - Jun 2007)

FEDERAL CORRECTIONAL INST, GLENVILLE  WV 26351, GILMER COUNTY (Mar 2007)
311 JUMONVILLE ST, PITTSBURGH  PA 15219-5909, ALLEGHENY COUNTY (Nov 1996 - Feb 2005)
5008 MCKEAN AVE APT BA5, PHILADELPHIA  PA 19144-4141, PHILADELPHIA COUNTY (Sep 1999 - Apr 2002)
2703 POPLAR ST, PHILADELPHIA  PA 19130-1220, PHILADELPHIA COUNTY (Sep 1998 - Aug 1999)
1207 RUTHERFORD GLEN CIR # CI, ATLANTA  GA 30340-3898, DEKALB COUNTY (Dec 1998 - Apr 1999)
2604 PARRISH ST A, PHILADELPHIA  PA 19130-1815, PHILADELPHIA COUNTY (Jul 1998 - Aug 1998)

ALEJANDRO JOEL RODRIGUEZ  DOB: 1965 Age: 45
554-87-xxxx issued in California  between  1/1/1985  and  12/31/1986
**Names Associated with Associate:**
JOEL ALEJANDRO RODRIGUEZ  DOB: 1965 Age: 45
554-87-xxxx issued in California  between  1/1/1985  and  12/31/1986
**Previous And Non-Verified Address(es):**

FEDERAL CORRECTIONAL INST, GLENVILLE  WV 26351, GILMER COUNTY (Jun 2006 - Apr 2010)
DAVIS COUNTY JAIL BX 130, FARMINGTON  UT 84025, DAVIS COUNTY (Mar 2004 - Apr 2010)

PO BOX 6000, GLENVILLE  WV 26351-6000, GILMER COUNTY (Apr 2005 - Jan 2008)
752 S 400 E APT G305, SALT LAKE CTY  UT 84111-4022, SALT LAKE COUNTY (Mar 2003 - May 2007)
2136 N MAIN ST, CEDAR CITY  UT 84721-9788, IRON COUNTY (Oct 2004 - Apr 2005)
PO BOX 130, FARMINGTON  UT 84025-0130, DAVIS COUNTY (Mar 2004 - Jul 2004)

**Possible Relatives:**
[None Found]