**EXHIBIT B**



4 of 5 DOCUMENTS

Copyright 1997 Toronto Star Newspapers, Ltd.
The Toronto Star

May 30, 1997, Friday, METRO EDITION

**SECTION:** NEWS; Pg. A34

**LENGTH:** 324 words

**HEADLINE:** Man jailed over casino extortion Bomb threat followed $10,000 gambling loss

**BYLINE:** By Jim Meyers Special to The Star

**BODY:**

A Vietnam war veteran who made a bomb threat on Casino Niagara after losing almost $10,000 at the gaming tables was sentenced yesterday to 30 months in prison.

**Owen Silvious,** 58, of Quicksburg, Va., had demanded $25,000 in the extortion attempt on March 11, a Tuesday night when there were about 3,500 people in the Niagara Falls casino.

He was captured after leading Niagara Region police on an early-morning, 12-kilometre high-speed chase from Niagara Falls to St. Catharines. It ended when his car got a flat tire.

Silvious was on parole at the time for a fraud conviction. It was not disclosed how he got his gambling grubstake when he pleaded guilty to extortion in Ontario Court, provincial division, on May 2. He admitted to police that he stole credit cards from a friend and used them to make bank withdrawals.

"In the court's view this is somewhat akin to going into a bank with an unloaded gun to obtain money," Mr Justice Harry Edmondstone said yesterday.

Crown Attorney Michael Quinn asked for a four-year prison sentence while defence lawyer Peter Barr had asked for a 15- to 18-month sentence.

Edmondstone said the nature of the crime called for a prison sentence, but took into account almost three months Silvious has spent in pre-trial custody since his arrest.

The plan to extort money was not very sophisticated. Silvious telephoned the casino early in the evening and told an employee at the currency exchange he was watching the building and made a threat to detonate a bomb if any attempt was made to evacuate.

He called back three times with further instructions. Once, he demanded the money in equal amounts of Canadian and U.S. currency and again instructed that the package be left at the currency exchange near the exit. He sent a taxi driver to pick it up.

Man jailed over casino extortion Bomb threat followed $10,000 gambling loss The Toronto Star May 30, 1997, Friday, METRO EDITION

Silvious said once he had the money he would call back to reveal the location of the bomb.Ontario; bomb; sentence

**LOAD-DATE:** March 25, 1999