# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| OWEN F. SILVIOUS | ) |
| | ) |
| Plaintiff, | ) Civil Case No. 1:10-cv-01139-JDB |
| v. | ) |
| | ) |
| CHIQUITA BRANDS INTERNATIONAL, | ) |
| INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DECLARATION OF BRUCE A. JORDAN ON BEHALF OF**
**FRESH DEL MONTE PRODUCE INC.**
**AND DEL MONTE FRESH PRODUCE COMPANY**

1.      My name is Bruce A. Jordan.  I am over the age of twenty-one and reside in

Miami-Dade County, Florida.

2.      I have been employed by Del Monte Fresh Produce Company ("DMFPC") since

September 2002.

3.      I am the Vice President, General Counsel, and Secretary for DMFPC and Fresh

Del Monte Produce Inc. ("FDMP").

4.      I am knowledgeable concerning the current and historic business operations and

organizational structure of FDMP and DMFPC.  My knowledge concerning such operations and

of matters set forth in this declaration is based on my employment with DMFPC, as well as

information that has been provided to me by others for purposes of this declaration.  The

information in this declaration is accurate to the best of my knowledge and full understanding.

5.      FDMP is a publicly traded company, listed on the New York Stock Exchange.

FDMP is organized under the laws of the Cayman Islands.  Its U.S. Executive Office is located

in Coral Gables, Florida.  FDMP is a holding company that owns numerous subsidiary

companies that grow, manufacture and sell Del Monte-branded products.  FDMP is not an

operating company and does not itself sell or market such products.

6.      FDMP maintains no offices in the District of Columbia, nor does it lease or own

any property in the District of Columbia for the purpose of transacting business.  FDMP does not

have any corporate officers or employees who are employed in the District of Columbia.

7.      As of the date this litigation was commenced against FDMP and at all times since,

FDMP does not:

      a.      Conduct operating businesses from within the District of Columbia;

      b.      Advertise on any local District of Columbia television or radio station;

      c.      Run print advertisements in any District of Columbia newspaper;

      d.      File tax returns in the District of Columbia;

      e.      Maintain any bank accounts in the District of Columbia; or

      f.      Maintain a telephone number in the District of Columbia.

8.      FDMP is not registered to do business in the District of Columbia and maintains

no registered agent in the District of Columbia for the receipt of service of process.

9.      FDMP's publicly accessible main company website, www.freshdelmonte.com, is

a passive website.  It provides information about FDMP's business operations and information

about products marketed and sold by FDMP subsidiaries.  FDMP sells no products or services

through its primary website and does not otherwise transact any business with residents or

businesses located in the District of Columbia or any other state, territory, or country through its

primary website.

10.     DMFPC is a subsidiary of FDMP.  DMFPC is a Delaware corporation with its

principal place of business in Coral Gables, Florida.  DMFPC, through its operating subsidiaries,

markets, sells and distributes fresh fruit in the United States.

11.    DMFPC maintains no offices in the District of Columbia, nor does it lease or own any property in the District of Columbia for the purpose of transacting business. DMFPC does not have any corporate officers or employees who are employed in the District of Columbia.

12.    As of the date this litigation was commenced against DMFPC and at all times since, DMFPC does not:

      a.    Conduct operating businesses from within the District of Columbia;

      b.    Advertise on any local District of Columbia television or radio station;

      c.    Run print advertisements in any District of Columbia newspaper;

      d.    File tax returns in the District of Columbia;

      e.    Maintain any bank accounts in the District of Columbia; or

      f.    Maintain a telephone number in the District of Columbia.

13.    DMFPC is not registered to do business in the District of Columbia and maintains no registered agent in the District of Columbia for the receipt of service of process.

14.    DMFPC does not sell its products directly to District of Columbia businesses. DMFPC does sell its products to independent wholesalers located outside of the District of Columbia. These wholesalers, acting independently of DMFPC and on their own initiative, may sell Del Monte products and those of other suppliers to retailers, including retailers with stores inside the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:  July 12, 2010

_____
BRUCE A. JORDAN

- 3 -

# EXHIBIT B

## SCR CIV FORM 1-A
### Notice and Acknowledgment for Service by Mail
## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

OWEN F SILVIOUS

_____
                                    *Plaintiff*

**V.**

CHIQUITA BRANDS INTERNATIONAL INC, et el.,

_____
                                    *Defendant*

Civil Action Number

0004242-10

**NOTICE**

RECEIVED
JUN 1 5 2010
N.A. ACCOUNTING DEPT.

To:  Name       FRESH DEL MONTE PRODUCE INC

      Address    ~~XXXXXXXXXXXXXXXXXX~~
                 241 Sevilla Avenue

                 Coral Gables, FL 33134

        The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

        You must sign and date the Acknowledgement.  If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity.  If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

        If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

        If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form.  If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

        This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date) _____ 6/8/10 _____ .

_____                    6/8/10
*Signature*                                *Date of Signature*

### Acknowledgment of Receipt of Summons, Complaint and Initial Order

        I received a copy of the summons, complaint and initial order in the above captioned matter at

(address) _241 Sevilla Avenue, Coral Gables, FL 33134_

_____      Sr. VP & General Counsel    6/25/10
*Signature*                  *Relationship to Defendant/Authority*   *Date of Signature*
                             *To Receive Service of Process*

Form CV(6)-1590/Mar 97

# EXHIBIT C

# SCR CIV FORM 1-A
## Notice and Acknowledgment for Service by Mail
# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Civil Division

OWEN F SILVIOUS
_____

                                    *Plaintiff*

V.

                            Civil Action Number · _____

CHIQUITA BRANDS INTERNATIONAL INC, et el.,              0004242-10
_____
                                    *Defendant*

# NOTICE

To:   Name        DEL MONTE FRESH PRODUCE COMPANY
                  _____

      Address     241 Sevilla Avenue
                  _____

                  Coral Gables, FL 33134
                  _____

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date) _6/8/10_ .

_____          6/8/10
*Signature*                              *Date of Signature*

## Acknowledgment of Receipt of Summons, Complaint and Initial Order

I received a copy of the summons, complaint and initial order in the above captioned matter at

(address) 241 Sevilla Avenue, Coral Gables, FL 33134

_____    SVP + General Counsel    6/25/10
*Signature*                        *Relationship to Defendant/Authority*    *Date of Signature*
                                   *To Receive Service of Process*

Form CV(6)-1590/Mar 97